**STATE of Missouri, Respondent,**

v.

**Elijah PICKETT, Appellant.**

**WD 76256**

Missouri Court of Appeals,
Western District.

ORDER FILED: March 10, 2015

Emmett Queener, Columbia, MO, Counsel for Appellant

Adam Rowley, Jefferson City, MO, Counsel for Respondent

Before Division Three: Victor C. Howard, P.J., James Edward Welsh, and Gary D. Witt, JJ.

## ORDER

Per Curiam:

Elijah Pickett appeals the circuit court's judgment convicting him of murder in the

second degree, attempted robbery, burglary in the first degree, and three counts of armed criminal action following a jury trial. We affirm. Rule 30.25(b).